**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 07-1067-JO  **Date of Proceeding:** 1/8/08

**Case Title:** Duckworth v. Portland Tissue Processing

**Presiding Judge:** Robert E. Jones   **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None   **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

   Defendant's motion (#12) for summary judgment is denied.

   Jury trial is reset from 5/20/08, to 2/26/08, at 9:00 a.m. in Courtroom 10A.
   Pretrial conference is reset from 5/19/08, to 2/20/08, at 1:00 p.m.

**PLAINTIFF'S COUNSEL**       **DEFENDANT'S COUNSEL**

cc:   { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

**Civil Minutes**                              **Honorable Robert E. Jones**
**Revised 4/23/91**